IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KARL L. PULLUM,<br><br>    Plaintiff,<br><br>    v.<br><br>RONNIE K. BATCHELOR<br>SUPERIOR COURT JUDGE, et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:11-CV-2621-TWT |

ORDER

This is a pro se prisoner civil rights action against a Superior Court Judge and others. It is before the Court on the Report and Recommendation [Doc. 8] of the Magistrate Judge recommending dismissing the action for failure to state a claim. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 18 day of January, 2012.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\11\Pullum\r&r.wpd