IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KARL L. PULLUM,

   Plaintiff,

    v.

RONNIE K. BATCHELOR
SUPERIOR COURT JUDGE, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:11-CV-2621-TWT

ORDER

This is a pro se prisoner civil rights action against a Superior Court Judge and others. It is before the Court on the Report and Recommendation [Doc. 8] of the Magistrate Judge recommending dismissing the action for failure to state a claim. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 18 day of January, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\11\Pullum\r&r.wpd